AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

TIM GRIMALDI,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:10-cv-00185-LRH-RAM**

STATE OF NEVADA, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

  December 13, 2010    **LANCE S. WILSON**
                                                      Clerk

                                                 /s/ Katie Lynn Ogden
                                                  Deputy Clerk